Same case below, 371 Fed. Appx. 738.

Same case below, 374 Fed. Appx. 776.

**No. 09-11456. Cas Tanner, Petitioner v. Choctaw Casino of Durant, Oklahoma, et al.**

562 U.S. 881, 131 S. Ct. 202, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 6697.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 09-11457. Thomas Creighton Shrader, Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 202, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 7094.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-11458. Steven Sandstrom, Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 202, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 6982.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 634.

**No. 09-11459. Darrell Ellis, et al., Petitioners v. James M. Brown, Sr., et al.**

562 U.S. 882, 131 S. Ct. 203, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 7011.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 09-11460. Michael P. Ramos, Petitioner v. James Yates, Warden.**

562 U.S. 882, 131 S. Ct. 203, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 7061.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 745.

**No. 09-11461. James Hunt, Petitioner v. Kentucky.**

562 U.S. 882, 131 S. Ct. 203, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 7060.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 304 S.W.3d 15.

**No. 09-11462. Sealed Petitioner, Petitioner v. United States.**

562 U.S. 882, 131 S. Ct. 203, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 7077.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11463. Tyrone McAffee, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 882, 131 S. Ct. 203, 178 L. Ed. 2d 122, 2010 U.S. LEXIS 7049.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.